United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**ONONDAGA COUNTY LABORERS'
HEALTH AND WELFARE, PENSION,
ANNUITY AND TRAINING FUNDS, by
Janet M. Moro, as Fund Administrator; and
CONSTRUCTION AND GENERAL
LABORERS' LOCAL UNION NO. 633, by
Gabriel Rosetti, as Business Manager,**

**Plaintiffs,**

**V.**                                    **CASE NUMBER:     5:07-CV-1083**

**MAXIM CONSTRUCTION SERVICE CORP.;
BARBARA SLATE, Individually and as an
Officer of Maxim Construction Service Corp.;
and JAMES MALVASI, Individually and as an
Officer of Maxim Construction Service Corp.,**

**Defendants.**

**[ ]  Jury Verdict.**      This action came before the Court for a trial by jury. The issues
have been tried and the jury has rendered its verdict.

**[ X ]  Decision by Court.**   This action came to trial or hearing before the Court.  The
issues have been tried or heard and a decision has been
rendered.

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in the favor of
the plaintiffs and against Defendants in the amount of $14,904.44 plus post-judgment
interest pursuant to 28 U.S.C. §1961(a).

All of the above pursuant to the order of the Honorable Senior Judge Frederick J.
Scullin, Jr., dated the 9th day of June, 2008.

**DATE:       June 9, 2008**                    **LAWRENCE K. BAERMAN
CLERK OF COURT**

**s/**
_____
**By:    Lori M. Welch
Deputy Clerk**